1024

[No. 25591-0-II. Division Two. July 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LINCOLN HOBLIT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00895-0, Stephen M. Warning, J., entered February 10, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 25692-4-II. Division Two. July 27, 2001.]

DANIEL P. QUIOCHO, *Appellant*, v. STEPHANIE TODAK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-11064-4, Stephanie A. Arend, J., entered February 11, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 25784-0-II. Division Two. July 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNAL THOMAS SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04759-3, Arthur W. Verharen, J., entered March 24, 2000. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 26298-3-II. Division Two. July 27, 2001.]

*In the Matter of the Estate of* JOSEPHINE A. LATTIG.

Appeal from a judgment of the Superior Court for Clark County, No. 00-4-00300-6, Edwin L. Poyfair, J., entered July 21, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.